## Imbrie *v.* Ins. Co., Appellant.

Argued May 7, 1896. Appeal, No. 77, Oct. T., 1896, by defendant, from judgment of C. P. No. 2, Allegheny Co., April T., 1895, No. 397, on verdict for plaintiff. Before STER- RETT, C. J., GREEN, WILLIAMS, MITCHELL and DEAN, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, October 5, 1896 :

For the reasons given in No. 76 between same parties, opinion handed down this day, the judgment is affirmed.

---

## Imbrie *v.* Ins. Co., Appellant.

Argued May 7, 1896. Appeal, No. 78, Oct. T., 1896, by defendant, from judgment of C. P. No. 2, Allegheny Co., April T., 1895, No. 398, on verdict for plaintiff. Before STER- RETT, C. J., GREEN, WILLIAMS, MITCHELL and DEAN, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, October 5, 1896 :

For the reasons given in No. 76 between same parties, opinion handed down this day, the judgment is affirmed.

---

## Imbrie *v.* Ins. Co., Appellant.

Argued May 7, 1896. Appeal, No. 79, Oct. T., 1896, by defendant, from judgment of C. P. No. 2, Allegheny Co., April T., 1895, No. 399, on verdict for plaintiff. Before STER- RETT, C. J., GREEN, WILLIAMS, MITCHELL and DEAN, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, October 5, 1896 :

For the reasons given in No. 76 between same parties, opinion handed down this day, the judgment is affirmed.